### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSE DANIEL PETERSEN, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-08-0741-HE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Respondent. ) | |

### ORDER

Petitioner Jesse Daniel Petersen, a federal prisoner appearing *pro se*, instituted this action pursuant to 28 U.S.C. § 2241 challenging his detention at the Federal Transit Center in Oklahoma City, Oklahoma. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle W. Argo, who has recommended that the petition be dismissed without prejudice to refiling due to petitioner's failure to pay the partial filing fee and failure to notify the court of his correct address. The petitioner failed to object to the Report and Recommendation and thus waived his right to appellate review of the factual and legal issues it addressed. United States v. 2121 East 30th Street, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see also*, 28 U.S.C.§636(b)(1)(C); LCvR72.1.

Accordingly, the court adopts the Report and Recommendation [Doc. #9] and the petition is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 7th day of October, 2008.

JOE HEATON
UNITED STATES DISTRICT JUDGE